CLIFFORD J. STODDARD et al., Appellants, v. CHARLES M. SCHWAB et al., Respondents, Impleaded with Others.

Submitted October 2, 1939; decided October 10, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 586.)